UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARK JONES,

        Plaintiff,

                               Case No. 20-cv-942-pp

    v.

ST. CROIX CORRECTIONAL CENTER, *et al.*,

        Defendants.

## ORDER DISMISSING CASE FOR FAILURE TO PAY INITIAL PARTIAL FILING FEE

On July 8, 2020, the court issued an order requiring the plaintiff to pay the initial partial filing fee of $21.30 by July 29, 2020. Dkt. No. 7. The court did not receive the fee by that date. On September 26, 2020, the court issued an order requiring the plaintiff to either pay the initial partial filing fee or explain why he couldn't by the end of the day on October 23, 2020. Dkt. No. 8. That order warned the plaintiff that if it did not receive either the partial filing fee or a written explanation by the end of the day on October 23, 2020, the court would dismiss the case. Id. at 2.

October 23, 2020 has passed and the court has not received anything from the plaintiff. The court has not heard from the plaintiff since it received his trust fund statement on July 8, 2020—almost four months ago. The court will dismiss the case.

The court **ORDERS** that this case is **DISMISSED** for failure to pay the initial partial filing fee. The court will enter judgment accordingly.

1

This order and the judgment to follow are final. A dissatisfied party may appeal this court's decision to the Court of Appeals for the Seventh Circuit by filing in this court a notice of appeal within 30 days of the entry of judgment. See Fed. R. of App. P. 3, 4. This court may extend this deadline if a party timely requests an extension and shows good cause or excusable neglect for not being able to meet the 30-day deadline. See Fed. R. App. P. 4(a)(5)(A).

Under limited circumstances, a party may ask this court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within 28 days of the entry of judgment. The court cannot extend this deadline. See Fed. R. Civ P. 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a reasonable time, generally no more than one year after the entry of the judgment. The court cannot extend this deadline. See Fed. R. Civ. P. 6(b)(2).

The court expects parties to closely review all applicable rules and determine, what, if any, further action is appropriate in a case.

Dated in Milwaukee, Wisconsin this 29th day of October, 2020.

BY THE COURT:

HON. PAMELA PEPPER
Chief United States District Judge

2